CHRISTINE M. REILLY (Bar No. 226388)
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064 1614
Telephone: (310) 312 4000
Facsimile: (310) 312 4224
E-mail: CReilly@manatt.com

*Attorneys for Defendant*
GOSMITH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE SEALE, AND NILS COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>GOSMITH, INC., and DOES 1-25,<br><br>Defendant. | Case No. 5:19-CV-08389-SVK<br><br>[~~PROPOSED~~] **ORDER ENLARGING TIME TO FILE OPPOSITION PURSUANT TO LOCAL CIV. RULE 6-1(B) AND 6-2** |

Pursuant to the stipulation of the parties, and for good cause showing, IT IS HEREBY ORDERED that the Local Rule 7-3(a) deadline is waived, and Plaintiffs' deadline to serve and file any opposition to Defendant's response to the Complaint is extended to March 16, 2020.

SO ORDERED.

Dated: January 24, 2020       By: _____
                                   Hon. Susan van Keulen