United States District Court
Northern District of California

1
2
3            **UNITED STATES DISTRICT COURT**
4            **NORTHERN DISTRICT OF CALIFORNIA**
5            **SAN JOSE DIVISION**
6

| | |
|---|---|
| 7   WILLIAM CAIN, et al., | Case No. 20-cv-00697-BLF |
| 8           Plaintiffs, | **ORDER CONSOLIDATING CASES** |
| 9       v. | |
| 10  PORCH.COM INC., et al., | |
| 11          Defendants. | |
| 12  JESSE SEALE, et al., | Case No. 19-cv-08389-BLF |
| 13          Plaintiffs, | |
| 14      v. | |
| 15  GOSMITH, INC., et al., | |
| 16          Defendants. | |

17
18   In accordance with the reasons stated on the record and the agreement by the parties during
19   the June 25, 2020 case management conference, the above-captioned actions are hereby
20   consolidated for all purposes. Fed. R. Civ. Proc. 42(a). The master docket and master file for the
21   consolidated actions shall be *Cain v. Porch.com Inc.*, Case No. 20-cv-00697-BLF (the "Cain
22   Action") and the consolidated action shall bear the caption *Cain v. Porch.com Inc*. All orders,
23   pleadings, motions, and other documents shall, when filed and docketed in the master file, be
24   deemed filed and docketed in each individual case to the extent applicable. The operative
25   
26   complaints in both of the two cases will be considered for the consolidated case and a consolidated
27   complaint is not required.
28

**IT IS SO ORDERED.**

Dated: June 25, 2020

_____
BETH LABSON FREEMAN
United States District Judge