United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JESSE SEALE, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GOSMITH, INC., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-08389-BLF<br><br>**ORDER VACATING MOTION HEARING ON AUGUST 6, 2020**<br><br>[Re: ECF 39] |

On May 8, 2020, Defendants filed a motion to dismiss Plaintiffs' amended complaint. ECF 39. The Court finds that this matter is suitable for disposition without oral argument and VACATES the motion hearing set for August 6, 2020.

**IT IS SO ORDERED.**

Dated: July 22, 2020

_____
BETH LABSON FREEMAN
United States District Judge